**In the United States District Court
for the Southern District of Georgia
Brunswick Division**

| | |
|---|---|
| **WAREHOUSE HOME FURNISHINGS DISTRIBUTORS, INC.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**PRIDEFAM BUSINESS VENTURES, LLC and 2002 MARSHALL ENTERPRISES LLC,** )<br>)<br>Defendants. )<br>)<br>) | **Case No. 2:25-cv-00144-LGW** |

**DISCLOSURE STATEMENT
OF PARTIES AND INTERVENORS**

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1, I hereby certify:

1) I am counsel for the following parties and intervenors:

| NAME | PARTY DESIGNATION |
|---|---|
| Warehouse Home Furnishings Distributors, Inc. | Plaintiff |
| | |
| | |
| | |
| | |

2) This is a full and complete list of officers, directors, and trustees of the above-identified parties and intervenors:

| NAME | TITLE |
|---|---|
| Phillip D. Faircloth | Chairman/Chief Executive Officer |
| Scott Smith | Board of Directors |
| Hugh Lentile | Board of Directors |
| Ted C. Sexton | Board of Directors |
| Herman Hudson | Board of Directors |
| Teryll L. Herron | Board of Directors |
| William G. Selman | President |

1

Rev. 11/2022
AGG\4937-5312-8827.v1-11/25/25

| | |
|---|---|
| Mickey Hutcheson | Executive Vice President/Chief Financial Officer/Chief Operating Officer/Treasurer/Secretary |
| Jordy Carter | Vice President of Store Operations |

3) This is a full and complete list of all other persons, associations of persons, firms, partnerships, subsidiaries and parent corporations, and organizations which have a financial interest in, or another interest which could be substantially affected by, the outcome of this case, including any parent or publicly-held corporation that holds ten percent (10%) or more of a party's stock (if no such individual or entity, state NONE):

| NAME | TITLE/RELATIONSHIP |
|---|---|
| Warehouse Home Furnishings Distributors, Inc. Employee Stock Ownership Plan | Owner / ESOP |
| | |
| | |
| | |
| | |

4) **If jurisdiction is based on diversity of citizenship, counsel must also provide the following disclosure.** This is a full and complete list of every individual or entity whose citizenship is attributable to a party or intervenor:

| NAME | RELATIONSHIP | CITIZENSHIP |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

November 25, 2025
Date

Signature of Attorney of Record

Erin Winn Blackadar
Printed Name

2