# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT of GEORGIA

John E. Triplett Clerk of Court

| Augusta | Brunswick | Savannah |
|---|---|---|
| (912)-650-4020 | (912)-650-4020 | (912)-650-4020 |
| P.O. Box 1130 | P.O. Box 1636 | P.O. Box 8286 |
| Augusta, Georgia 30903 | Brunswick, Georgia 31521 | Savannah, Georgia 31412 |

### NOTICE of FILING DEFICIENCY

To: Erin Winn Blackadar                                  Date: 2/26/2026
Case: 2:25-cv-144                                         Party: Plaintiff / Counter Defendant

Your pleading, #29 - Motion for Leave to Appear Pro Hac Vice                                          ,

was filed on 02/25/26    , but remains deficient in the area(s) checked below:

[ ] No actions required (Informative Only)        or        [x] Corrective Actions Required

- [ ] 1. Disclosure Statement has not been filed. This is the only mechanism to identify potential judicial conflicts. (Local Rule 7.1.1)
- [ ] 2. Pleading is illegible or otherwise not in compliance with Local Rule 10.1.
- [ ] 3. Please submit a paper courtesy copy. Paper copies must be submitted when the document either is or relates to a motion for summary judgment; or, the document exceeds 250 pages. (Administrative Procedures)
- [ ] 4. Pleading is not signed. (Local Rule 11.1 and Administrative Procedures)
- [ ] 5. Pursuant to Section IIB of the Administrative Procedures, no certificate of service was provided.
- [ ] 6. Motion is not in compliance with Local Rules.
  - [ ] a. No memorandum of law citing supporting authorities was submitted (L.R. 7.1)
  - [ ] b. No good faith document was submitted. (L.R. 26.5)
  - [ ] c. Separate proposed order was not attached to e-filed document. (L.R. 7.1)
  - [ ] d. Separate proposed order was not e-mailed to appropriate proposed order address in MS Word format. (Administrative Procedures)
- [ ] 7. For Judge Baker or Wood cases, the Plaintiff/Defendant statement regarding referral was not returned within 14 days.
- [ ] 8. Counsel should file a separate motion for each relief sought and not file a consolidated motion.
- [x] 9. Other: A Certificate of Good Standing from another District Court is required. Filing instructions: "Civil Events" > Other Filings > Notices > Notice of Filing > And link to the motion at 29.

If action is required, after 14 days of noncompliance a notice will be submitted to a judicial officer for possible sanctions, to include dismissal.

For more information - Please contact:  s/ Claudette Robinson 912-280-1379

Deputy Clerk